## Commonwealth *v.* Leasure, Appellant.

Submitted November 9, 1970. *Eugene E. Fike, II,* and *Fike, Cascio & Boose,* for appellant; *Alexander Ogle,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Lewis, Appellant.

Submitted November 9, 1970. *Burton L. Fish,* for appellant; *Michael M. Palmisano,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Lunt, Appellant.

Submitted November 9, 1970. *John P. Liekar,* Public Defender, for appellant; *John F. Bell,* Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Order affirmed.